**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000069**
**22-APR-2019**
**08:20 AM**

NO. CAAP-19-0000069

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RONALD G.S. AU, ZO-ANNE LUM AU, Plaintiffs-Appellants, v.
FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII, INC.,
SUNYA NARCISO, Defendants-Appellees, and
JOHN DOE 1-3; JOHN DOE CORPORATION 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-0895)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice, filed April 11, 2019, by Defendants-
Appellees Fidelity National Title and Escrow of Hawaii, Inc., and
Sunya Narciso, the papers in support, and the record, it appears
that (1) the appeal has been docketed; (2) the parties stipulate
to dismiss the appeal with prejudice and bear their own
attorneys' fees and costs; (3) the stipulation is dated and
signed by all parties or counsel for all parties appearing in the
appeal; and (4) dismissal is authorized by Hawai'i Rules of
Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal is approved and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, April 22, 2019.


Presiding Judge


Associate Judge


Associate Judge